Judgment in a Civil Case
_____

## United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| ALEXIS WEBB | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 19-CV-755 |
| v. | |
| MERCANTILE ADJUSTMENT BUREAU LLC | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that judgment is entered in favor of Plaintiff against Mercantile Adjustment Bureau LLC in the amount of $1,501.00, plus reasonable attorneys' fees and taxable costs.

| | |
|---|---|
| Date: April 15, 2022 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/Suzanne<br>        Deputy Clerk |